IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HORIZON HOUSE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EAST NORRITON TOWNSHIP | : | NO. 19-1252 |
| | : | |

ORDER

AND NOW, this 25th day of July, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant East Norriton Township for summary judgment (Doc. # 101) on the issue of liability is DENIED; and

(2) the motion of plaintiff Horizon House, Inc. for summary judgment (Doc. # 103) on the issue of liability is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.