IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HORIZON HOUSE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EAST NORRITON TOWNSHIP | : | NO. 19-1252 |

ORDER

AND NOW, this 8th day of September, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant East Norriton Township for reconsideration (Doc. # 120) of the court's July 25, 2022 Order granting summary judgment in favor of plaintiff Horizon House, Inc. (Doc. # 118) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.