```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HORIZON HOUSE, INC.              :        CIVIL ACTION
                                 :
        v.                       :
                                 :
EAST NORRITON TOWNSHIP           :        NO. 19-1252

## JUDGMENT

AND NOW, this 7th day of November, 2022, based on summary judgment on liability having been granted in favor of plaintiff Horizon House, Inc. and based on the court's findings of fact and conclusions of law related to damages, it is hereby ORDERED that judgment is entered in favor of plaintiff Horizon House, Inc. and against defendant East Norriton Township in the amount of $29,943.91.

                                   BY THE COURT:

                                   /s/ Harvey Bartle III
                                   _____
                                                        J.