```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HORIZON HOUSE, INC. | : | CIVIL ACTION |
| v. | : | |
| EAST NORRITON TOWNSHIP | : | NO. 19-1252 |

ORDER

AND NOW, this 3rd day of February, 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the petition of plaintiff Horizon House, Inc. for attorney's fees and costs (Doc. # 135) is GRANTED IN PART AND DENIED IN PART; and

(2) plaintiff is awarded $182,529.26 in attorney's fees and $2,972.79 in costs related to this litigation including the filing fee for a total of $185,502.05.

BY THE COURT:

/s/ Harvey Bartle III
                                                         J.